Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−35143−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas D. James, Jr.
   820 Palisade Ave
   Union City, NJ 07087−4120

Social Security No.:
   xxx−xx−2541

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/27/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 27, 2018
JAN: env

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Thomas D. James,, Jr.
    Debtor

Case No. 17-35143-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2018
                       Form ID: 148     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.
```
db             Thomas D. James,, Jr.,    820 Palisade Ave,    Union City, NJ  07087-4120
cr            +CITIMORTGAGE, INC.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                Mt. Laurel, NJ 08054-3437
517335485      CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
517229136     +Nissan Motor Accepance,    P.O. Box 660577,    Dallas, TX 75266-0577
517229137     +Phelan Hallinan & Schmieg,    400 Fellowship Road, Suite 100,    Mt Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 23:41:35     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 23:41:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517229133     +EDI: BANKAMER.COM Feb 28 2018 04:08:00      Bank Of America,    PO Box 5170,
                Simi Valley, CA 93062-5170
517345480     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 27 2018 23:42:00
                Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd., 5th Floor,
                Coral Gables, FL 33146-1837
517229134     +EDI: CAPITALONE.COM Feb 28 2018 04:08:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
517229135     +EDI: CIAC.COM Feb 28 2018 04:08:00      Citi Mortgage,    Po Box 9438,
                Gaithersburg, MD 20898-9438
                                                                                                TOTAL: 6
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
```
              Benjamin Jamie Ginter    on behalf of Debtor Thomas D. James,, Jr. gintr316@aol.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
               LIABILITY COMPANY rsolarz@kmllawgroup.com
              Sherri J. Braunstein    on behalf of Creditor    CITIMORTGAGE, INC. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```